JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEDERSSEN, | Case No. CV 17-6546-MWF (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT AFTER TRIAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter came on for trial before the Court sitting without a jury between November 5, 2019 and November 27, 2019. Following the presentation of evidence, the parties made their closing arguments. The matter was then taken under submission. The Court has now made its Findings of Fact and Conclusions of Law.

///

Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

1. Judgment is entered in favor of Defendant United States of America and Plaintiff Daniel Pederssen shall take nothing; and
2. Costs are awarded to Defendant United States of America as provided by law.

Dated: November 30, 2020

MICHAEL W. FITZGERALD
United States District Judge